FILED

JAN 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 12-50544 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00673-GHK-1 Central District of California, Los Angeles |
| v. | |
| ADILIA BERMUDEZ, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

1/23/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ____MAT____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, Coleman & Balogh LLP, to be relieved as appellant's counsel of record is granted. *See* 9th Cir. R. 4-1(e).

The Clerk shall serve a copy of this order on appellant's counsel as well as on appellant Adilia Bermudez individually at Reg. No. 63139-112, FCI Victorville Medium II, Federal Correctional Institution, P.O. Box 3850, Adelanto, CA 92301.